IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-142

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| JANIER SUAREZ | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se asking for the return of property seized by the government during the investigation of this case, (Doc. No. 24: Motion), and the government's response, (Doc. No. 26).

The government states that it has not pursued forfeiture of the Jaguar automobile and clothing located inside it. Therefore, the defendant or his representative may contact Detective David McGuirt of the Matthews (NC) Police Department, (704) 847-2360 or dmcguirt@matthewspolice.org, to arrange for the return of the property.

IT IS, THEREFORE, ORDERED that the defendant's motion is DENIED as moot.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: May 24, 2012

Robert J. Conrad, Jr.
Chief United States District Judge